DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ALI PARTOVI,<br><br>    Defendant. | Criminal Case No. 01-00120<br>Civil Case No. 11-00024<br><br>**ORDER RE: MOTION TO VACATE INDICTMENT OF RECORDS OF DEFENDANT ALI PARTOVI FOR FALSE USE OF PASSPORT** |

This matter comes before the court on the motion of the Defendant Ali Partovi ("the Defendant") proceeding *pro se*, entitled "Motion to Vacated [*sic*] Indictment of Records of Defendant Ali Partovi wherein he apparently requests the court vacate his conviction for False Use of Passport in the above-captioned case. *See* Docket No. 17. He also filed a motion for leave to proceed in forma pauperis. *See* Docket No. 18. In essence, the Defendant apparently requests the court vacate his conviction.

28 U.S.C. § 2255(f) provides in relevant part: "A 1-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of . . . the date on which the judgment of conviction becomes final." Here, the Judgment of conviction was entered on April 26, 2002. *See* Docket No. 15. Thus, the Defendant has far exceeded the one-year statute of limitations period. Accordingly, his motion is **DENIED**.

**SO ORDERED**.

**/s/ Frances M. Tydingco-Gatewood**
**Chief Judge**
**Dated: Aug 30, 2011**